UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.5:10-CR-119-1D

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| FAYE DENISE HEGGINS | |

On motion of the Defendant, Faye Denise Heggins, and for good cause shown, it is hereby

ORDERED that the Motion at Docket Entry #27 be sealed until further notice by this Court, except

that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED.

This **24** day of January, 2011.

JAMES C. DEVER, III
United States District Judge